UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EVA'S PHOTOGRAPHY, INC.,

                            Plaintiff,

      - against -

HVN, LLC

                          Defendant.

Docket No. 1:19-cv-11010

JURY TRIAL DEMANDED

## COMPLAINT

Plaintiff Eva's Photography, Inc. ("Eva's Photography" or "Plaintiff") by and through its undersigned counsel, as and for its Complaint against Defendant HVN, LLC ("HVN" or "Defendant") hereby alleges as follows:

## NATURE OF THE ACTION

1. This is an action for copyright infringement under Section 501 of the Copyright Act. This action arises out of Defendant's unauthorized reproduction and public display of a copyrighted photograph of actress Jennifer Lawrence, owned and registered by Eva's Photography, a New York based professional photography company. Accordingly, Eva's Photography seeks monetary relief under the Copyright Act of the United States, as amended, 17 U.S.C. § 101 *et seq*.

## JURISDICTION AND VENUE

2. This claim arises under the Copyright Act, 17 U.S.C. § 101 *et seq.*, and this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

3. Upon information and belief, this Court has personal jurisdiction over Defendant because Defendant resides and transacts business in New York.

4. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b).

## PARTIES

5. Eva's Photography is a professional photography company the business of licensing photographs to online and print media for a fee having a usual place of business at 8538 112 Street, Richmond Hill, New York 11418.

6. Upon information and belief, HVN is a domestic limited liability company duly organized and existing under the laws of the State of New York with a place of business at 184 Thompson Street, #4, New York, New York 10012. Upon information and belief, HVN is registered with the New York State Department of Corporations to do business in New York. At all times material hereto, HVN has operated its Instagram Story.

## STATEMENT OF FACTS

**A.     Background and Plaintiff's Ownership of the Photograph**

7. Eva's Photography owns a photograph of actress Jennifer Lawrence (the "Photograph"). A true and correct copy of the Photograph is attached hereto as Exhibit A.

8. Eva's Photography has at all times been the sole owner of all right, title and interest in and to the Photograph, including the copyright thereto.

9. The Photograph was registered with United States Copyright Office and was given Copyright Registration Number VA 2-179-327.

**B.     Defendant's Infringing Activities**

10. HVN posted the Photograph on its Instagram Story as tool to promote its brand. A screenshot of the Photograph on the Instagram Story is attached hereto as Exhibit B.

11. HVN did not license the Photograph from Plaintiff for its Instagram Story, nor did HVN have Plaintiff's permission or consent to publish the Photograph on its Instagram Story.

### CLAIM FOR RELIEF
### (COPYRIGHT INFRINGEMENT AGAINST DEFENDANT)
### (17 U.S.C. §§ 106, 501)

12. Plaintiff incorporates by reference each and every allegation contained in Paragraphs 1-11 above.

13. HVN infringed Plaintiff's copyright in the Photograph by reproducing and publicly displaying the Photograph on the Instagram Story. HVN is not, and has never been, licensed or otherwise authorized to reproduce, publically display, distribute and/or use the Photograph.

14. The acts of Defendant complained of herein constitute infringement of Plaintiff's copyright and exclusive rights under copyright in violation of Sections 106 and 501 of the Copyright Act, 17 U.S.C. §§ 106 and 501.

15. Upon information and belief, the foregoing acts of infringement by HVN have been willful, intentional, and purposeful, in disregard of and indifference to Plaintiff's rights.

16. As a direct and proximate cause of the infringement by the Defendant of Plaintiff's copyright and exclusive rights under copyright, Plaintiff is entitled to damages and Defendant's profits pursuant to 17 U.S.C. § 504(b) for the infringement.

17. Alternatively, Plaintiff is entitled to statutory damages up to $150,000 per work infringed for Defendant's willful infringement of the Photograph, pursuant to 17 U.S.C. § 504(c).

18. Plaintiff further is entitled to its attorney's fees and full costs pursuant to 17 U.S.C. § 505.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests judgment as follows:

1. That Defendant HVN be adjudged to have infringed upon Plaintiff's copyrights in the Photograph in violation of 17 U.S.C §§ 106 and 501;

2. That Plaintiff be awarded either: a) Plaintiff's actual damages and Defendant's profits, gains or advantages of any kind attributable to Defendant's infringement of Plaintiff's Photograph; or b) alternatively, statutory damages of up to $150,000 per copyrighted work infringed pursuant to 17 U.S.C. § 504;

3. That Defendant be required to account for all profits, income, receipts, or other benefits derived by Defendant as a result of its unlawful conduct;

4. That Plaintiff be awarded its costs, expenses and attorneys' fees pursuant to 17 U.S.C. § 505;

5. That Plaintiff be awarded pre-judgment interest; and

6. Such other and further relief as the Court may deem just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury on all issues so triable in accordance with Federal Rule of Civil Procedure 38(b).

Dated: Valley Stream, New York
November 27, 2019

LIEBOWITZ LAW FIRM, PLLC

By: /s/Richard Liebowitz
Richard P. Liebowitz
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
Tel: (516) 233-1660
RL@LiebowitzLawFirm.com

*Attorneys for Plaintiff Eva's Photography Inc.*